# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>$54,655.00 in United States Currency<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.  2:09-760-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff United States of America recover the sum of fifty-four thousand, six hundred fifty-five and 00/100 ($54, 655.00) dollars in United States Currency which was forfeited to the United States.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding.  The court having granted the plaintiff's motion for default judgment.

Date:  May 10, 2010

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*